**Exhibit A to the Complaint**

**Location:** Richardson, TX

**Total Works Infringed:** 105

**IP Address:** 76.184.99.245

**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 1 | A72534FAB1A380A4748C380E81F1607127E305A5 | Blacked | 12/04/2017 05:17:40 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 2 | 009BF130DE332C1F0DADA93C66378C96B20DDD37 | Tushy | 12/03/2017 00:59:25 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 3 | 00EC58C35D91D341E6DBBC0535B7E429ECDE1890 | Blacked | 06/23/2017 15:08:26 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 4 | 0150961A07C34FFB670AFC07D1BCB2BEEE48EBF0 | Vixen | 09/16/2017 23:45:04 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 5 | 02189537CF45B9552F19A8796E62D2BDD612A328 | Vixen | 06/17/2017 21:55:51 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 6 | 031AB8BF54B49CA7F9CF4BABAA70AC010D4C79CD | Vixen | 12/04/2017 21:52:46 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 7 | 0353EDB69941528536E11A493F548BF96A245B01 | Blacked | 09/29/2017 17:19:16 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 8 | 04B28AFB91A1BF02D7E20249C1B019C8975DEAEF | Blacked | 12/03/2017 03:47:59 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 9 | 062CDC81DCCABB164846E9C49DB22DFA1E83BF8F | Blacked | 08/04/2017 20:59:37 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 10 | 06E7F8EA128D13A9DE971A1F9ABF96BFED81099C | Blacked | 07/14/2017 19:51:58 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 11 | 0CDF86A602518C7F1A31CC13B95B33DA27AB3E08 | Vixen | 05/13/2017 22:06:08 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 12 | 0E978EDA2B9875C41DE1A80F8F1021E552DFE7B7 | Vixen | 11/05/2017 23:05:38 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 13 | 14531D5EA9C4CD52A1D1D9BF1FA9B736BE3E4DCB | Blacked | 09/01/2017 20:10:36 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 14 | 17CE22D6BBE6A67C9D147B9C267A9CFAF179759B | Blacked | 06/01/2017 21:09:05 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 15 | 18519A6224968400E6014C2562BD6AB3C8815B66 | Blacked | 12/08/2017 11:50:38 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 16 | 19CABAC818DE2DD368B35E39D3576EFD84A20957 | Tushy | 09/01/2017 20:00:06 | 08/29/2017 | 10/10/2017 | PA0002086144 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|-------------------|------------|
| 17 | 1C93EF754C5F3CFF9910E3CD36CE848233F3E761 | Tushy | 10/06/2017 16:45:36 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 18 | 249BD8E58D1F03C665C19CEFBDB8C7A3975AA357 | Tushy | 12/15/2017 18:00:36 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 19 | 2528064D8947BD3D7C4832BAB52D74CEBF15DE57 | Tushy | 05/12/2017 16:43:54 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 20 | 27340CAA2DE3C9A1F28DD11D2859C9478573CC6C | Blacked | 09/22/2017 19:05:10 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 21 | 29206E8494C7112301E1D099FE916C7A7DB053F8 | Blacked Raw | 12/24/2017 05:11:26 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 22 | 2A6DFDD33F61DF50E2B48747CF96F1FCE2600C2B | Blacked | 07/30/2017 01:29:06 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 23 | 2F34353C8FF9D1D5FA648F3F0B451E4816A6EB11 | Vixen | 10/07/2017 11:52:02 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 24 | 3095F6A6079FE22A559FED4BA6918D6C1B61384A | Vixen | 06/25/2017 14:00:21 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 25 | 32E9882D7CBA9BF22EF356AD67FCFFCCEA44644B | Blacked | 07/07/2017 22:32:24 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 26 | 330B4C2729629B9DEBC2918A5251348F60314E8C | Blacked Raw | 12/15/2017 23:42:25 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 27 | 33667B94092AF31F928CE3D84C6D84AFEF630F1D | Tushy | 07/07/2017 22:21:22 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 28 | 37D26E86627338D789208A53564660733722E219 | Blacked | 10/15/2017 04:20:08 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 29 | 39DFAA99FA1AA7648262E044F6126BC379270C69 | Vixen | 08/13/2017 11:34:58 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 30 | 3BEEA9B6317C0D95D950907BDF6A88F579D13E3E | Tushy | 05/26/2017 23:06:36 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 31 | 3DA511AEED55A3B5B886AA6FAE81DF6C722F197B | Blacked | 06/30/2017 20:14:09 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 32 | 4444ECF2D9FDDCACCDC4C3846902D55C6516C4A8 | Blacked | 05/26/2017 17:09:26 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 33 | 454183F2D02E6F226C75CE2D6E15D1100B01881E | Blacked | 12/16/2017 15:20:50 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 34 | 46161EE4AD53F51B827C0DE61AE49F60447F3371 | Blacked Raw | 12/18/2017 02:32:46 | 11/08/2017 | 11/21/2017 | 16013185382 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 35 | 4951A079DF90D08F8E0135FDCC953E89FF8C3925 | Blacked | 08/25/2017 18:43:47 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 36 | 49D00F6986B162B0B8719350ED7F9B346641BBC3 | Vixen | 07/15/2017 01:05:20 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 37 | 49EDE7C71456EEFFD7FF180AA7393A4CDF9F49B0 | Vixen | 07/10/2017 15:13:24 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 38 | 4B31859A8EEA0859D6BE3272B734E60D78E8E7CF | Blacked | 10/08/2017 04:19:55 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 39 | 4CF5663D5849453144E78B91E09BF0310BD450C2 | Tushy | 10/28/2017 23:44:04 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 40 | 5014216A33D071DE05C5B5638578B93BEEF5E22F | Blacked | 09/08/2017 19:50:59 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 41 | 52292254339FD066F9829CFD68E1A4D9B43AB0E3 | Vixen | 12/23/2017 10:55:33 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 42 | 5524C84BB6337F33630C28BA584818E0896B7D6C | Tushy | 12/22/2017 19:57:49 | 12/17/2017 | 01/18/2018 | 16215970342 |
| 43 | 552C10BC3D322676FA061CF1E6DDB0192540B0BB | Tushy | 05/19/2017 15:25:08 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 44 | 55697CB956697E13BEAE560E8F2810AD5B8C6F73 | Vixen | 12/03/2017 17:28:50 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 45 | 5776278299947461E113DFCF438B2DA18563800D | Blacked | 05/21/2017 01:13:09 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 46 | 6156727CC14B7618089621720E142812814B663A | Blacked | 07/28/2017 21:46:44 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 47 | 61C1E6F91ED6A4880013A0AFD8E88F6A0822F3CB | Tushy | 08/18/2017 15:59:37 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 48 | 61C89629BC6D4CFA993E3E0AADC7C4F6BF767C84 | Vixen | 09/22/2017 23:16:53 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 49 | 622087E41C6BAABCA904002DE9D8AFC52C10BF35 | Vixen | 09/09/2017 04:18:11 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 50 | 62C158095E2A08151A76D12A61B58262DCCF2801 | Blacked | 08/18/2017 16:10:21 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 51 | 637501DAD15079A13A3C211E9BCCA26E8ADEB2F9 | Vixen | 10/27/2017 19:57:03 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 52 | 646FB09B79C5298B88EF4E39EA132D93EC1D6E66 | Blacked Raw | 01/14/2018 02:38:41 | 01/07/2018 | 01/18/2018 | 16215824015 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 6818D47CA3A764D6320C5AAB4047653559F79FF8 | Tushy | 12/31/2017 09:31:32 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 54 | 68DB34B33FE84E3FBEDA75792B5887D376FF8F37 | Tushy | 11/03/2017 00:28:52 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 55 | 6A07E3560F6A409F137D1B841106418B0F34CA66 | Vixen | 07/23/2017 04:30:36 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 56 | 7316A9FD2EB7CFBDE69F47717337AE496AB2D15D | Tushy | 07/21/2017 23:49:08 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 57 | 73DDB0A5843DA753A9C33C583962C8B502A973BF | Blacked Raw | 11/06/2017 14:26:30 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 58 | 747F865521BB1A384E4E7D9858E74CC57BA47BAA | Blacked | 12/04/2017 04:07:47 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 59 | 7981281271C18EEC1229896E6A9B1375D85C0BEA | Tushy | 10/13/2017 16:09:13 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 60 | 8062A4A32A654D9AB20F1B6F32D159AB48C0FBE1 | Blacked | 10/28/2017 01:08:44 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 61 | 81FF0DAF08D700C715D5E6ADF568C70F4004A90B | Blacked | 08/18/2017 23:03:42 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 62 | 820DAA338EBA92FEDA63F639BBE546DB7DACCE4F | Vixen | 12/09/2017 13:58:46 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 63 | 88F4E42490AE9FC50683218ABBB2870B3741752A | Vixen | 05/26/2017 16:53:52 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 64 | 8D1B1A63081E7830E2D5AAE52EDB282BD9B621D6 | Blacked | 05/12/2017 15:37:09 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 65 | 8EDCF96A6F6A3B8D48211CDCD164CD57BD647F1C | Tushy | 08/11/2017 21:06:22 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 66 | 9202F53690D918A134BD9B463AACE90F06B7DADF | Tushy | 09/29/2017 14:57:41 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 67 | 970D3582C4B41BE44B76CF72606A3D23E16E8606 | Tushy | 09/23/2017 22:53:54 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 68 | 9F6CF40976A1941B0CBB1A352D071EF44919C0E8 | Tushy | 09/22/2017 19:03:46 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 69 | 9FAC5B8C0E39AE67B4063D844A06BE3CB5C38A9A | Blacked | 10/27/2017 21:22:16 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 70 | A031595F076A2C7148827A04F9C8EE2D1A39B47F | Vixen | 07/01/2017 06:27:01 | 06/28/2017 | 07/07/2017 | PA0002070828 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 71 | A26F54E1A800E6875CE17C2C9BE659391DFD074C | Tushy | 06/16/2017 15:08:02 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 72 | A5C967FF83531A6C2ED9BA40A9613ECD19D16429 | Blacked | 11/03/2017 17:23:51 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 73 | A9249CC4025326CE60DF2AEB5718ECEFA83314CB | Vixen | 09/01/2017 20:36:41 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 74 | AFD42ED65BDFF65E4FAE0B4F122046F36B9ED17A | Vixen | 11/10/2017 21:34:15 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 75 | AFE953F2B8F4A712907C95D82DB5CFCC142305C1 | Blacked | 08/11/2017 21:59:57 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 76 | B20560C6F003A2832B89807ECEB8B0F75527E843 | Blacked | 12/03/2017 04:03:58 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 77 | B7407806427A38D8CFA2FCC6FDB2EC2A21B722C9 | Tushy | 06/01/2017 21:03:12 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 78 | BC99F01BE5F21B1B5D689E7C177AE77C9B00B00A | Blacked Raw | 12/24/2017 21:53:58 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 79 | BE59B87BAF05D5D0B70979E292CACE8549F4F307 | Blacked | 10/20/2017 23:09:28 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 80 | C17AA24969AB3DC70A8254B7592253BBDCF52FF2 | Vixen | 11/08/2017 16:43:06 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 81 | C225EC765B43CE2B4FEBF10BA9EB2D7ADACFC56A | Tushy | 06/30/2017 21:35:43 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 82 | C7B858AB5E343142B4EF7CFC7F7D1A35472B739A | Vixen | 08/13/2017 11:39:08 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 83 | C90FD0F0DCE6EC1EC95E539C013FB8BC92332C3B | Tushy | 08/25/2017 17:30:01 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 84 | CA1294C4E06FF1D1312672DE959BC65E8C25A186 | Blacked | 09/15/2017 22:07:54 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 85 | CA6793939D654C47FE31565DEAA9688EE3A52BB9 | Blacked | 07/22/2017 01:08:03 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 86 | CBEC2F7DDC5B14AC0810EF322791444A34FC5A11 | Tushy | 12/31/2017 05:45:34 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 87 | CE84D82D405766A3DA0ABD39196168186D0D508C | Vixen | 09/30/2017 20:57:41 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 88 | D2A17EF91361B636665BE718697791E3F2A90C88 | Tushy | 08/04/2017 20:44:22 | 08/04/2017 | 08/17/2017 | PA0002077666 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | D49AB801AEA42EDB09644460F82DFD2DC74791D7 | Vixen | 12/17/2017 02:53:13 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 90 | D4CD15C2089D7B85183EF48A0449321CE6FAF158 | Vixen | 09/17/2017 16:54:58 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 91 | D6D742455C65AC6E0779DA1B0EF9402D70893310 | Blacked | 07/14/2017 20:23:45 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 92 | DCB6C765BF1C5AB727C35FC7A6C6AE6400CEEC8B | Tushy | 07/14/2017 19:47:46 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 93 | DCC9C2A5EC0143CD63F624F7BACED654A6D6FDF9 | Tushy | 12/04/2017 03:20:02 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 94 | DD312C8F71FD7AF482729D61653AA4159B3E7E57 | Tushy | 08/04/2017 22:37:32 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 95 | DDF08C7126CBE898C118E0EEC290C1697E47702F | Tushy | 06/23/2017 15:07:42 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 96 | E7680D7AE61D0328C528BC8846E81A1BBDB561B2 | Vixen | 07/31/2017 04:09:41 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 97 | EAB7B112FD1CC182251AAFEC7965366C5FF5019B | Vixen | 10/22/2017 18:30:14 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 98 | F2A2C89A5B342484EA4401C1CD57289AD6F15CF6 | Blacked | 12/04/2017 05:07:46 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 99 | F2B7C49089BD692AE47B98A615B5A44B2B46CAA0 | Blacked | 11/07/2017 23:10:12 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 100 | F4870AA2767978707C554322FC2BE9009C450814 | Tushy | 07/28/2017 20:22:00 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 101 | F5027A5978E2D9A1A541E5FB1523B0A5B5C6D1DC | Vixen | 08/18/2017 21:17:04 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 102 | F5FF183D77132DC9FF6B4FE78EE1DAE73329A090 | Vixen | 08/05/2017 18:33:13 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 103 | F9A54064155F12EB1F1543DA78B485920E16CD81 | Blacked | 06/16/2017 15:27:52 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 104 | FCDF8FA1C999728717FE26F16A4D9277682F4B96 | Tushy | 05/26/2017 17:36:54 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 105 | FDD1E7D1E24459F5131577A71E36F08EDA4A9282 | Tushy | 12/03/2017 03:51:52 | 11/27/2017 | 01/04/2018 | PA0002069335 |