UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.184.99.245,<br><br>    Defendant. | Civil Case No. 3:18-cv-01067-D<br><br>Judge Sidney A. Fitzwater |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.184.99.245, are voluntarily dismissed with prejudice.

Dated: July 25, 2018                                Respectfully submitted,


                                By:  /s/ *Andy Nikolopoulos*
                                    Andy Nikolopoulos, Esq. (24044852)
                                    anikolopoulos@foxrothschild.com
                                    Fox Rothschild, LLP
                                    5420 Lyndon B. Johnson Freeway
                                    Two Lincoln Centre, Suite 1200
                                    Dallas TX 75240-6215
                                    Tel.: (972) 991-0889
                                    Fax: (972) 404-0516
                                    www.foxrothschild.com
                                    *Attorneys for Plaintiff*